O. F. STIRMAN'S ADR. *v.* FRED HAHN.

**Covenant—Damages—When Action for Eviction Accrues.**

A judgment, against a vendor, in an action to recover the land, is sufficient evidence of eviction, to authorize a right of action immediately for damages for breach of covenant.

APPEAL FROM JEFFERSON CIRCUIT COURT.

June 10, 1871.

OPINION OF THE COURT BY JUDGE PETERS:

The suit to recover the land from Stirman had been brought before he sold to Hahn, and the latter being a *lis pendens* purchaser was liable to be dispossessed under the final judgment for the recovery of the land against his vendor. The judgment alone without any further fact, was sufficient evidence of eviction. It was appellee's duty, after judgment, to yield the possession, he had no right to resist; and therefore the judgment itself was a virtual eviction. Woodward vs. Allen, 3 Dana 164; Radcliff vs. Sharp, Hardin 293.

Having been virtually evicted, appellee's right of action for a breach of the covenant of warranty in his deed was complete. And no error appearing in the proceedings in the court below the judgment must be *affirmed.*

*A. Barnett, for appellant.*
*Allmett, for appellee.*